In the Matter of JULIUS MARCUS, Appellant, against LAZARUS JOSEPH, as Comptroller of the City of New York, Respondent.

Argued May 20, 1953; decided June 4, 1953.

*Edward V. Morand* for appellant.

*Denis M. Hurley, Corporation Counsel* (*Anthony Curreri* and *Seymour B. Quel* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J. [See 305 N. Y. 923.]